IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MITCHELL BRYANT, #80045**                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:05cv129DCB-JCS**

**CORRECTIONS CORPORATION OF AMERICA, et al.**          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE